Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

J. HERBERT HUTCHINSON, Appellant, v. STEUBEN FARMS COMPANY, INC., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. LEONARD E. HAYNES, Respondent, and the following other actions brought by the same plaintiff, appellant, in each action, against the following named defendants, respondents, respectively in said actions: ALBERT LAKE, WILLIAM H. GARNS, HARRY W. SMITH, A. L. FARNUM, MILES DOOLITTLE, O. R. DRAKE, CHARLES W. FINK, HELEN DENNIS, L. H. DEALY, THOMAS W. CURRY, ERASTUS O. CLARK, BENJAMIN H. CAMPBELL, JOHN NESBIT, HOWARD A. TREAT, J. E. NORTON, ANNA OAK, J. N. O'HERON, S. H. REYNOLDS, D. J. RICHARDSON, C. E. TOTTEN, J. F. SMITH, D. M. RYON, F. E. WINDSOR, JENNIE B. KEELER, ROBERT W. LOCKWOOD, JAMES P. GLEASON, JAMES W. MONAGHAN, CLARENCE B. MAGEE, JOHN F. MCRAE, CHARLES MATHIAS, L. FRED EISENHARDT, HOWARD N. LOGUE, W. F. BOWEN, ROBERT W. LOCKWOOD, JR., CHARLES HOLBROOK, ELIZABETH CANTY and HELEN STONE.— Leave to withdraw appeals granted, upon payment of forty dollars costs and disbursements.

CARRIE O'BRIEN, Respondent, v. VIDA MAY, as Executrix, etc., Appellant.— Motion to dismiss appeal from judgment granted, unless appellant shall file and serve printed papers and pay to respondent's attorneys ten dollars by March twenty-fifth. Held, it is necessary to have the case and exceptions settled and signed by the judge who presided at the trial. (Code Civ. Proc. § 997; General Rules of Practice, rules 34, 41.) — Motion to dismiss appeal from order denied, with ten dollars costs, it appearing that all the papers recited in the order appealed from are contained in the printed record served.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADY KELLY, Appellant.— Appeal dismissed and stay vacated upon stipulations filed.

OWEN J. ROWLANDS, Appellant, v. JOHN A. JONES, Surviving Administrator, etc., of ELLEN GRIFFITHS, Deceased, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concur, except Lambert and Clark, JJ., who dissent upon the ground that the payment to the administrator of the wife should be deemed payment to her.

CHARLES MARSHALL, as Administrator, etc., of FRANCES MARSHALL, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE H. REPPERT and Another, Appellants, v. MARY EVA GRIER HUNTER, Individually and as Trustee, etc., Respondent.— Judgment affirmed, with costs. All concur.

MARION J. KERRICK, as Administratrix, etc., of CASHMER KERRICK, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judg-